UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE DUNSON,

    Plaintiff,                                       Case No. 22-cv-12588
                                               Hon. Matthew F. Leitman

v.

TRANSUNION,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: December 19, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 19, 2022, by electronic means and/or ordinary mail.

                                               s/Holly A. Ryan
                                               Case Manager
                                               (313) 234-5126